# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

December 14, 2018

**VIA ECF**

The Honorable Judge Vincent L. Bricetti
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: Kathy Wu and On Behalf of All Other Persons Similarly Situated v. Fun Brands Centers II LLC and BounceU of Brooklyn Inc.**
**Case No.: 18-cv-07705**

Dear Judge Bricetti,

This firm represents Plaintiff Kathy Wu and On Behalf of All Others Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated.

We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully Submitted,
GOTTLIEB & ASSOCIATES

*s/Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)