UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KATHY WU and ON BEHALF OF ALL           :
OTHER PERSONS SIMILARLY SITUATED,       :   **ORDER**
        Plaintiffs,                  :
                                     :   18 CV 7705 (VB)
v.                                      :
                                     :
FUN BRANDS CENTERS II LLC and           :
BOUNCEU OF BROOKLYN INC.,               :
        Defendants.                  :
--------------------------------------------------------------x

      The Court has been advised that the parties have reached a settlement in this case. (Doc. #18). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 17, 2019. To be clear, any application to restore the action must be filed by January 17, 2019, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending deadlines are moot.

      The Clerk is instructed to close this case.

Dated: December 17, 2018
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge